Case 2:18-cr-00687-RGK Document 82 Filed 01/17/25 Page 1 of 1 Page ID #:688

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Central District of California

| | |
|---|---|
| United States of America<br>v.<br>Adolfo Rosales Lozano | )<br>)<br>) Case No: 2:18-cr-00687-RGK-1<br>) USM No:<br>) |
| Date of Original Judgment:<br>Date of Previous Amended Judgment: 05/03/2019<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) pro se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/17/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Gary Klausner, U.S. District Judge
*Printed name and title*